Vincent G. Callaghan, appellant, v. City of Chicago, appellee. Gen. No. 39,438.

Opinion filed November 16, 1937.

Crow & Loeff, for appellant. Barnet Hodes, Corporation Counsel, for appellee; Carl Hjalmar Lundquist, Alexander J. Resa and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

John M. Murphy, appellant, v. City of Chicago, appellee. Gen. No. 39,439.

Opinion filed November 16, 1937.

Crow & Loeff, for appellant. Barnet Hodes, Corporation Counsel, for appellee; Carl Hjalmar Lundquist, Alexander J. Resa and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Elsie L. Roberts, administratrix of estate of Harold M. Roberts, deceased, appellant, v. Mrs. James (Annette) Calloway, appellee. Gen. No. 39,490.

Opinion filed November 16, 1937.

Benjamin R. Williams, for appellant. Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Mae Gregar (formerly Mae Vohralik), appellee, v. Albert J. Horan et al., appellants. Gen. No. 39,542.

Opinion filed November 16, 1937.

Julius L. Kabaker, for appellants. Thomas M. Zasadil, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.